1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                         EASTERN DISTRICT OF CALIFORNIA

9

10   RONALD L. SEAY,                          1:25-cv-00171-EPG (PC)

11               Plaintiff,

12        v.                                  ORDER TRANSFERRING CASE TO THE
                                              SACRAMENTO DIVISION OF THE
13   G. HELENA, et al.,                       EASTERN DISTRICT OF CALIFORNIA

14               Defendants.

15

16

17        Plaintiff Ronald L. Seay, an inmate proceeding *pro se*, has filed a purported civil rights

18   action pursuant to 42 U.S.C. § 1983, together with a motion to proceed *in forma pauperis*

19   pursuant to 28 U.S.C. § 1915. (ECF Nos. 1, 2).

20        In the complaint, Plaintiff sues two state court judges in the Superior Court of Sacramento

     County. Generally, he alleges due process violations regarding state court litigation taking place

21   in Sacramento County.

22        Because the alleged violations took place in Sacramento County, which is part of the

23   Sacramento Division of the United States District Court for the Eastern District of California, *see*

24   Local Rule 120(d), the complaint should have been filed in the Sacramento Division.

25        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

26   court may, on the court's own motion, be transferred to the proper court. Therefore, this action

27   will be transferred to the Sacramento Division. The Court will not rule on Plaintiff's motion to

28   proceed *in forma pauperis*. (ECF No. 2).

                                             1

1    Accordingly, IT IS ORDERED that:

2        1.  This action is transferred to the United States District Court for the Eastern District of

3    California sitting in Sacramento; and

4        2.  All future filings shall refer to the new Sacramento case number assigned and shall be

5    filed at:

6                         United States District Court
                         Eastern District of California
7                         501 "I" Street, Suite 4-200
                         Sacramento, CA 95814
8

9

10   IT IS SO ORDERED.

11       Dated:  **February 12, 2025**            /s/ _Eric P. Grosjean_
                                                 UNITED STATES MAGISTRATE JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28